UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA TONER,<br><br>        Plaintiff,<br><br>    v.<br><br>US BANK, NATIONAL ASSOCIATION, as Trustee, Successor in Interest,<br><br>        Defendant. | Case No. 22-cv-01946 NC<br><br>**ORDER DISMISSING COMPLAINT AND TERMINATING CASE**<br><br>Re: Dkt. No. 17 |

On May 3, 2022, the Court screened pro se Plaintiff Debra Toner's Complaint and determined that it failed to state a plausible claim and failed to include a necessary party under Federal Rule of Civil Procedure 12(b)(7). Dkt. No. 8. Toner was granted leave to pay the Court filing fees or to file an amended complaint that cures these deficiencies by May 23, 2022. On June 10, the Court reset the deadline for Toner to file an amended complaint to June 24, 2022. Dkt. No. 17. That Order cautioned Toner that if she did not timely file an amended complaint that cured the deficiencies, the Court may dismiss her Complaint without further leave to amend. Toner has not responded. Her last filing with the Court was on May 18, 2022. Dkt. No. 13. All parties have consented to the jurisdiction of a magistrate judge. Dkts. Nos. 10, 12.

As no viable Complaint has been filed and Toner has not responded to the order extending the deadline for filing an Amended Complaint, the Court dismisses the Complaint for the reasons stated in the screening order, vacates the Case Management Conference, and terminates the case.

**IT IS SO ORDERED.**

Dated:  July 6, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge